*Fahy*, and *Mortimer B. Wolf* for respondent.

No. 73. POSTAL STEAMSHIP CORPORATION *v.* EL ISLEO ET AL.; and

No. 74. SAME *v.* SOUTHERN PACIFIC Co. October 9, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. John C. Crawley* and *Earl Farwell* for petitioner. *Messrs. Chauncey I. Clark* and *Burton H. White* for respondents. Reported below: 101 F. 2d 4.

No. 110. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* HALLOCK ET AL.;

No. 111. SAME *v.* HALLOCK, EXECUTRIX; and

No. 112. SAME *v.* SQUIRE, SUPERINTENDENT OF BANKS OF OHIO. October 9, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Solicitor General Jackson* for petitioner. *Mr. William B. Stewart* for respondents in Nos. 110 and 111. *Mr. W. H. Annat* for respondent in No. 112. Reported below: 102 F. 2d 1.

No. 262. SOUTH CHICAGO COAL & DOCK CO. ET AL. *v.* BASSETT, DEPUTY COMMISSIONER. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Robert J. Folonie* and *Hayes McKinney* for petitioners. *Solicitor General Jackson* and *Messrs. Paul A. Sweeney* and *Aaron B. Holman* for respondent.

No. 122. CHICOT COUNTY DRAINAGE DISTRICT *v.* BAXTER STATE BANK ET AL. October 9, 1939. Petition for